# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2014

## NO. 03-11-00327-CV

**Cedar Contracting, Inc. and Lands & Leases, Inc., Appellants**

**v.**

**Ronald Hernandez and Connie Hernandez, Appellees**

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, HENSON AND GOODWIN**
**JUSTICE HENSON NOT PARTICIPATING**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on February 23, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.